# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| Alvin B. Truesdale , | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00263 |
| | ) | |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 25, 2014 Order.

June 25, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court